```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37948
    TANYA BOYD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9938


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/13/2004 and was confirmed 01/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.00%.

     The case was dismissed after confirmation 02/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED           7000.00       1492.82       4298.63
ARONSON FURNITURE         SECURED            350.00         72.18        204.52
COMMONWEALTH EDISON       UNSECURED        NOT FILED         .00           .00
AT & T BANKRUPCTY         UNSECURED          662.76          .00           .00
AMERICASH                 UNSECURED        NOT FILED         .00           .00
GFG LOAN CO/PAYDAY        UNSECURED          776.19          .00           .00
CASH TO GO                UNSECURED             .00          .00           .00
PAY DAY LOAN STORE        UNSECURED        NOT FILED         .00           .00
ACE                       UNSECURED        NOT FILED         .00           .00
BANK ONE                  UNSECURED        NOT FILED         .00           .00
SPIRIT BANK               UNSECURED        NOT FILED         .00           .00
ROBERT M WOLFBERG         UNSECURED        NOT FILED         .00           .00
KEITH S SHINDLER          UNSECURED        NOT FILED         .00           .00
PAYDAY TODAY              UNSECURED        NOT FILED         .00           .00
ILLINOIS DEPT PUBLIC AID  UNSECURED          1242.00         .00           .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED         .00           .00
LITTLE COMPANY OF MARY H  NOTICE ONLY      NOT FILED         .00           .00
A-ALL PAYDAY LOANS        UNSECURED           721.30         .00           .00
EHS TRINITY HOSPITAL      UNSECURED          1459.50         .00           .00
CHICAGO IMAGING           NOTICE ONLY      NOT FILED         .00           .00
STEFANS STEFANS & STEFAN  REIMBURSEMENT      154.00          .00         154.00
DRIVE FINANCIAL SERVICES  UNSECURED          1998.15         .00           .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                TRUSTEE                                         481.42
DEBTOR REFUND             REFUND                                           14.18

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              8,917.75


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 37948 TANYA BOYD
```

```
PRIORITY                                                        154.00
SECURED                                                       4,503.15
    INTEREST                                                  1,565.00
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,200.00
TRUSTEE COMPENSATION                                            481.42
DEBTOR REFUND                                                    14.18
                                   ---------------      ---------------
TOTALS                                    8,917.75             8,917.75
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE